UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-20758-JAL

AGING BACKWARDS, LLC, a Florida
Limited Liability Company,

        Plaintiff,

vs.

MIRANDA ESMONDE-WHITE, Individually,
and 6228755 CANADA, INC., a Quebec
Corporation,

        Defendant.
_____/

## MEDIATOR'S REPORT

On September 28, 2016, the undersigned mediated this case. The parties and their respective counsel appeared at, and participated in, the mediation. As a result of the mediation and the good faith negotiations of the parties, the parties reached a settlement.

Should the Court have any questions or concerns regarding the status of this matter, the undersigned would be pleased to address them.

Dated: October 11, 2016        Respectfully submitted,
       Miami, Florida

                                      /s/ Harry R. Schafer
                                      Harry R. Schafer
                                      hrs@knpa.com
                                      Florida Bar #508667
                                      KENNY NACHWALTER, P.A.
                                      1441 Brickell Avenue
                                      Suite 1100 – Four Seasons Towers
                                      Miami, FL 33131
                                      Telephone: (305) 373-1000
                                      Facsimile: (305) 372-1861
                                      *Mediator*

## CERTIFICATE OF SERVICE

**I hereby certify** that on the 11th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to non-CM/ECF participants.

/s/ Harry R. Schafer
Harry R. Schafer
