UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-20758-JAL

STATE CASE NO.: 2016-001260-CA-01

AGING BACKWARDS, LLC,
a Florida Limited Liability Company,

       Plaintiff,

v.

MIRANDA ESMONDE-WHITE,
Individually, and 6228755 Canada, Inc.,
a Quebec corporation,

       Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Aging Backwards, LLC. ('Aging Backwards"), and Defendants, 6228755 Canada, Inc. ("6228755 Canada") and Miranda Esmonde-White ("MEW") by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a) (1), hereby stipulate to the dismissal of the instant matter, with prejudice, and state:

    1.    The above-named Parties have resolved the matter amicably by way of a settlement agreement.

    2.    The above-named Parties have agreed that each party shall bear its own attorneys' fees and costs.

//

//

| | |
|---|---|
| Dated: October 26, 2016. | Respectfully submitted, |
| s/David S. Willig<br>David S. Willig Chartered<br>Florida Bar No: 779539<br>dswillig@aol.com<br>2837 SW 3rd Ave<br>Miami, FL 33129<br>Tel: (305) 860-1881<br><br>*Attorney for Plaintiff / Counter-Defendant Aging Backwards, LLC.* | s/Jorge Espinosa<br>Jorge Espinosa, Esq.<br>Florida Bar No: 779032<br>jespinosa@etlaw.com<br>Francesca Russo<br>Florida Bar No: 174912<br>frusso@etlaw.com<br>**ESPINOSA TRUEBA MARTINEZ, PL**<br>1428 Brickell Avenue, Suite 100<br>Miami, Florida 33131<br>Tel: (305) 854-0900<br>Fax: (855) 854-0900<br><br>*Attorneys for Defendants 6228755 Canada Inc., Miranda Esmonde-White and Counter-Plaintiff, 6228755 Canada, Inc.* |

DONE AND ORDERED in chambers in the United States District Court for the Southern District of Florida, this _____ day of October, 2016, in Chambers, Miami, FL

_____
Judge Joan A. Lenard
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of October, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: _____
      Jorge Espinosa

## SERVICE LIST
*Aging Backwards, LLC v. Miranda Esmonde-White and 6228755 Canada, Inc.*
Case No. 16-CV-20758-JAL
United States District Court, Southern District of Florida

Jorge Espinosa, Esq.
jespinosa@etlaw.com
Francesca Russo
frusso@etlaw.com
**ESPINOSA TRUEBA MARTINEZ, PL**
1428 Brickell Avenue, Suite 100
Miami, Florida 33131
Tel: (305) 854-0900
Fax: (855) 854-0900
*Attorneys for Defendants 6228755 Canada Inc.,*
*Miranda Esmonde-White and Counter-Plaintiff, 6228755 Canada, Inc.*
**Via CM/ECF**


David S. Willig Chartered
2837 SW 3rd Ave
Miami, FL 33129
Tel: (305) 860-1881
CM/ECF Email: *dswillig@aol.com*
*Attorney for Plaintiff / Counter-Defendant*
**Via CM/ECF**

3